IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAVIER BARRIENTOS,

    Petitioner,

 -vs-

ALLAN MARTIN,

    Respondent.               No. 12-cv-803-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on December 3, 2013, the Report and Recommendation of Magistrate Judge Philip M. Frazier is adopted in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and the case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:  s/*Sara Jennings*
                                   Deputy Clerk

**Dated**: December 4, 2013

                        David R. Herndon
                        2013.12.04
                        09:32:42 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT